IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:06-CV-00077-C

ARRIVAL STAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

    Plaintiffs,

v.

GLOBE EXPRESS SERVICES, LTD.,

    Defendant.

**ORDER**

Upon motion, for good cause shown, with the consent of Defendant and pursuant to Local Rule 83.1(b), it is ordered that attorney Matthew G. McAndrews is hereby admitted pro hac vice for the purpose of representing Plaintiffs, Arrival Star S.A. and Melvino Technologies Limited, in the above-captioned action. Attorneys Kurt E. Lindquist II and Megan K. Watkins, who are admitted to practice before this Court, have accepted association with this attorney pursuant to Local Rule 83.1(b).

Signed: April 5, 2006

David C. Keesler
United States Magistrate Judge